Scot L. Claus (#014999)
sclaus@dickinsonwright.com
Mitesh V. Patel (#031599)
mpatel@dickinsonwright.com
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, Arizona 85004-4568
Telephone: (602) 285-5000
Facsimile: (602) 285-5100
[Firm Email:  courtdocs@dickinsonwright.com]
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Waterfall Shopping Center, Inc.,<br><br>Defendant. | Case No. _____<br><br>**NOTICE OF REMOVAL**<br><br>(Removed from the Superior Court of Arizona, County of Maricopa, No. CV2016-008846) |

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Waterfall Shopping Center, Inc. ("defendant") gives notice of the removal of this action from the Superior Court of the State of Arizona, Maricopa County, to the United States District Court for the District of Arizona, based upon the following grounds:

**Filing of Complaint and Receipt by Defendants**

1.  On or about August 2, 2016, the plaintiff Advocates for Individuals with Disabilities Foundation, Inc. ("plaintiff") commenced this action by filing a Complaint in the Superior Court of the State of Arizona, for the County of Maricopa, Cause No. CV2016-008846. Defendant received a copy of the complaint via service of process on its statutory agent on August 15, 2016.

- 1 -

2. Thirty days have not passed since defendant first received any copy of the initial pleading setting forth the claim for relief.

3. The Complaint (hereafter "Complaint") seeks declaratory and injunctive relief, damages, costs, and fees for alleged violations of the Americans with Disabilities Act, 42 U.S.C. §§ 12102 *et seq*. (the "ADA"); and the Arizonans With Disabilities Act, A.R.S. §§ 41-1492 *et seq*. (the "AzDA").

**Federal Question Jurisdiction**

4. Plaintiff's Complaint arises under the laws of the United States, specifically the ADA, thus giving rise to federal question jurisdiction within the meaning of 28 U.S.C. § 1331, and this action is removable under 28 U.S.C. § 1441 as one of which the District Court has original jurisdiction.

5. This court has supplemental jurisdiction over plaintiff's AzDA claims pursuant to 28 U.S.C. § 1367, because those claims are so related to the ADA claims that they form part of the same case or controversy.

**Compliance With Removal Procedure**

6. All process, pleadings, and orders that have been served in this case are attached to this Notice of Removal as required by 28 U.S.C. § 1446(a) and Rule 3.6(b), Local Rules of Practice for the United States District Court for the District of Arizona.  Undersigned counsel hereby verifies that the attached are true and complete copies of such process, pleadings, and orders attached hereto as "Exhibit A."

7. Pursuant to 28 U.S.C. § 1446(d) and Rule 3.6(b), Local Rules of Practice for the United States District Court for the District of Arizona, defendant will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona for the County of Maricopa, and a copy of the Notice of Removed Action to be filed in that court is attached hereto as "Exhibit B."

1   RESPECTFULLY SUBMITTED this 14th day of September, 2016.

2                         DICKINSON WRIGHT, PLLC

4                   By: */s/ Scot L. Claus*
                     Scot L. Claus
5                        Mitesh V. Patel
                     1850 N. Central Avenue, Suite 1400
6                        Phoenix, Arizona 85004-4568
                     *Attorneys for Defendant*

PHOENIX 53565-65 324759v1

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2016, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Sheila Rath*

- 4 -

PHOENIX 53565-65 324759v1